IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RFD-TV, LLC, A Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV43 |
| vs. | ) ) | ORDER |
| MCC MAGAZINES, LLC, A Georgia Limited Liability Company, d/b/a Extreme Cowboy Race and d/b/a Horsecity.com TV, | ) ) ) ) ) | |
| Defendant. | ) | |

Upon review of the status report (#33) filed by defendant,

**IT IS ORDERED:**

1. The parties shall file a joint status report by **March 15, 2011,** with the following information:

   a) Whether or not the arbitration proceedings have been concluded;

   b) The outcome of the arbitration proceedings, if concluded; and

   c) Whether the case should now be dismissed.

Dated this 4th day of March, 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge