IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RFD-TV, LLC, A Delaware Limited Liability Company, | CASE NO. 8:10CV43 |
| Plaintiff, | |
| v. | ORDER AND FINAL JUDGMENT |
| MCC MAGAZINES, LLC, A Georgia Limited Liability Company, d/b/a EXTREME COWBOY RACE, and d/b/a HORSECITY.COM TV, | |
| Defendant. | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 37) recommending that this case be dismissed without prejudice for want of prosecution. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 37) are adopted in their entirety; and

2. This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) as well as NECivR 41.2.

DATED this 1st day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge